```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/14/22
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KEVIN R.C. WILSON,

                Plaintiff,

      - against -

FOX NEWS NETWORK LLC,

                Defendant.

22 Civ. 3698 (LLS)(OTW)

ORDER

    It having been reported to the Court that this action is settled, it is

    ORDERED, that this action is dismissed with prejudice but without costs; provided, however, that within thirty (30) days of the date of the Order either party may apply by letter for restoration of the action to the Court's calendar.

    So Ordered.

Dated:   New York, New York
           July 14, 2022

*Louis L. Stanton*
LOUIS L. STANTON
U.S.D.J.